# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.:  3:12cr45/MCR

GERARD GERMAINE JACKSON

                                             /

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, GERARD GERMAINE JACKSON to the two count indictment against him is hereby ACCEPTED.  All parties shall appear before this court for sentencing as directed.

**DONE AND ORDERED** this 6th day of February, 2013.


                                       *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**